PROB 12C
(7/93)

Report Date: December 2, 2009

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision



U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2009

JAMES R. LARSEN, DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Santiago Aguilar-Vasquez | Case Number: 2:00CR02115-001 |
| Address of Offender: Last known: | Orosi, CA 934647 (current whereabouts unknown) |
| Name of Sentencing Judicial Officer: | The Honorable Fred Van Sickle, Senior U.S. District Judge |
| Date of Original Sentence: 06/20/2001 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: Prison - 78 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: TBD | Date Supervision Commenced: 02/13/2006 |
| Defense Attorney: George Trejo | Date Supervision Expires: 02/12/2011 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On November 8, 2009, the defendant, under the alias Santiago Aguilar Nunez, was arrested by the California Highway Patrol in Visalia, California, for count 1: driving under the influence, count 2: blood alcohol content of .08% or greater, and count 3: unlicensed driver

On November 8, 2009, a deputy with the Tulare County Sheriff's Office observed a vehicle weaving and straddling the solid white traffic line for approximately .2 miles. The deputy conducted a traffic stop and contacted the driver who identified himself as Santiago Aguilar Nunez. The defendant was asked a series of field sobriety questions and a series of field sobriety tests were administered. The defendant was unable to perform the sobriety tests.

The defendant was placed under arrest. The defendant was transported to the Tulare County Jail and a chemical blood test was administered and subsequently booked into custody.

The defendant was released on bail later that same day.

Prob12C
Re: Aguilar-Vasquez, Santiago
December 2, 2009
Page 2

According to jail staff, the last known address for the defendant is 12858 Ave. 416 Apt. A, Orosi, California, however, the defendant's current whereabouts are unknown.

The defendant is scheduled to appear before the Tulare County Superior Court, on December 9, 2009. At this time, additional court records are unavailable.

Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on February 13, 2006, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 2, 2009

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
FvS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

December 2, 2009
Date